# EXHIBIT 1



THE SUPERIOR COURT OF CALIFORNIA

# COUNTY OF ALAMEDA

Log In

## DomainWeb

*your resource for case filing information*

**Buy Credits**
0 Credit(s)

**Checkout (0 item(s))**

**DomainWeb**   **How This Site Works**   **FAQ**

## Case Details

**Case Number: RG15772122**     **Title: Chen VS Ebay,Inc.**

| Case Summary | Register of Action | Participants |
| Tentative Rulings | Future Hearings | Minutes |

| Date | Description | Pages | Price | | Select |
|---|---|---|---|---|---|
| 7/24/2015 | Notice of Appearance Filed | | | | |
| 7/10/2015 | Request Re: Extension of Time Granted | 2 | $2.00 | Half Page Preview | |
| 7/9/2015 | Proof of Service by Mail Filed | 3 | $3.00 | Half Page Preview | |
| 7/9/2015 | Request Re: Extension of Time Filed for Ebay,Inc., Paypal,Inc. | 5 | $5.00 | Half Page Preview | |
| 7/6/2015 | Motion Granted | 4 | $4.00 | | |

| Date | Description | Pages | Price | | Select |
|---|---|---|---|---|---|
| | | | | Half Page Preview | ☐ |
| 7/6/2015 | Complex Determination Hearing Commenced and Completed | 3 | $3.00 | Half Page Preview | ☐ |
| 6/2/2015 | Case Management Conference 08/06/2015 02:30 PM D- 17 | 2 | | View | |
| 6/2/2015 | Complex Determination Hearing 07/06/2015 02:30 PM D- 17 | | | | |
| 5/29/2015 | Summons on Complaint Issued and Filed | 2 | $2.00 | Half Page Preview | ☐ |
| 5/29/2015 | Complex Designation Requested | | | | |
| 5/29/2015 | Complaint Breach of Contract/Warranty Filed | 237 | $40.00 | Half Page Preview | ☐ |
| 5/29/2015 | Civil Case Cover Sheet Filed for Theo Chen | 2 | $2.00 | Half Page Preview | ☐ |

Page: 1 of 1                                    Add Item(s) to buy

Back to Search Results

Feedback   Use and Privacy Policy   System Requirements   Contact Us   ® 2015 - Superior Court of